E-FILED
Friday 06 April, 2007 08:40:22 AM
Clerk, U.S. District Court, ILCD

# United States District Court

| | CENTRAL | DISTRICT OF | ILLINOIS |

**FILED**
APR 5 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America

v.

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-m-3019

Luis Raul Guerrero-Tarango,
Jose Israel Orona de Anda,
Jesus Martin Cruz-Hidalgo,
Alvaro Juarez-Colin,
Jorge Enrique Trujillo-Valdez

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about ____April 4, 2007____ in Cass county, in the ____Central____ District of ____Illinois____ defendants did:

knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utter, use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; or whoever uses a false attestation for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

in violation of Title __18__ United States Code, Sections __1546(a) and (b)(3)__ I am a __Senior Special Agent, Department of Homeland Security, Immigration and Customs Enforcement__ and this complaint is
Official Title
based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

s/ William A. Hutton
X_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

April 5, 2007                                    at   Springfield, Illinois
Date                                                    City and State

Jeanne Scott                                     s/ Jeanne E. Scott
U.S. District Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

STATE OF ILLINOIS         )
                          ) ss
COUNTY OF SANGAMON        )

### AFFIDAVIT

I, William A. Hutton, the undersigned affiant, being duly sworn upon oath, depose and state as follows:

1. I am a Senior Special Agent (SSA) with the Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed since March 1, 2003. I was previously employed with the U.S. Immigration and Naturalization Service for approximately nineteen (19) years. I am currently assigned to the Springfield, Illinois office.

2. I am responsible for enforcing and investigating violations of the Immigration and Customs laws of the United States to include Sections 8, 18, 19 and 21 of the United States Code, including activities, which constitute fraud and misuse of visas, permits and other documents.

3. This affidavit is made in support of a criminal complaint against Luis Raul GUERRERO-Tarango, DOB 12/31/1969; Jose Israel ORONA de Anda, DOB 01/15/1965; Jesus Martin CRUZ-Hidalgo, DOB 08/04/1969; Alvaro JUAREZ-Colin, DOB 02/19/1986; Jorge Enrique TRUJILLO-Valdez, DOB 09/13/1972.

4. On April 4, 2007, ICE conducted a search warrant enforcement operation at Quality Service Integrity, Inc (QSI) located at 8295 Arenzville Road, Beardstown, Illinois. Pursuant to the operation, ICE arrested more than 60 individuals illegally in the Unites States and seized QSI'S employment records, to include their I-9 forms (Employment Eligibility

Verification). GUERRERO, ORONA, CRUZ, JUAREZ, and TRUJILLO were arrested pursuant to the enforcement action and the I-9 Forms pertaining to these individuals were seized.

5. On April 4 and 5, 2007, I reviewed the I-9 forms relating to aforementioned individuals, which disclosed the following. All attested, under penalty of perjury, that they were either Lawful Permanent Residents in the United States and provided Alien Registration Numbers as evidence of employment eligibility or United States Citizens and provided Social Security Numbers as evidence of employment eligibility. Attached to the I-9 forms were copies of the documents each individual presented. I have seen many Alien Registration Cards and Social Security Cards during my 23 years as an immigration officer, fraudulent and otherwise, and it was obvious to me these documents were fraudulent.

6. On April 4 and 5, 2007, all five individuals were advised of their rights per Miranda and waived these rights. All admitted that they are natives and citizens of Mexico, illegally in the United States. All except JUAREZ, admitted that the documents they provided as evidence of employment eligibility were fraudulent and that they bought these documents from various unknown individuals for various amounts of money. JUAREZ stated that he was not required to present any documents to be hired by QSI, however, the I-9 Form and attachment disclosed that he provided a counterfeit Alien Registration Card.

7. On April 4 and 5, 2007, I conducted immigration and social security number queries. These queries disclosed that the numbers provided by these five individuals did not relate to the corresponding individual or were invalid numbers.

8. Based on the foregoing, I respectfully submit that Luis Raul GUERRERO-Tarango; Jose Israel ORONA de Anda; Jesus Martin CRUZ-Hidalgo; Alvaro JUAREZ-Colin; and Jorge Enrique TRUJILLO-Valdez have violated Title 18, United States Code, Sections

2

1546(a) and (b)(3), which state, among other things, that it a federal crime for any person to knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utter, use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; or whoever uses a false attestation for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

Further Your Affiant Sayeth Not.

s/ William A. Hutton

William A. Hutton, Senior Special Agent
Immigration and Customs Enforcement

Subscribed and sworn to before me on this 5th day of April, 2007:

s/ Jeanne E. Scott

Honorable Jeanne Scott
United States District Judge