# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

LUIS RAUL GUERRERO-TARANGO,
JOSE ISRAEL ORONA DE ANDA,
JESUS MARTIN CRUZ-HIDALGO,
ALVARO JUAREZ-COLIN,
JORGE ENRIQUE TRUJILLO-VALDEZ

## WARRANT FOR ARREST

Case Number: 07-M-3019

FILED
APR 0 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JOSE ISRAEL ORONA DE ANDA
                                                  NAME

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly forge, counterfeit, alter, or falsely make any immigrant or nonimmigrant visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, or utter, use, attempt to use, possess, obtain, accept, or receive any such visa, permit, border crossing card, alien registration receipt card, or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be forged, counterfeited, altered, or falsely made, or to have been procured by means of any false claim or statement, or to have been otherwise procured by fraud or unlawfully obtained; or whoever uses a false attestation for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act.

in violation of Title 18 United States Code, Sections 1546(a) and (b)(3)

Jeanne Scott
Name of Issuing Officer

*Jeanne E. Scott* (signature)
Signature of Issuing Officer

BAIL FIXED AT $ _No Bond_  by

U.S. DISTRICT JUDGE
Title of Issuing Officer

April 5, 2007 at Springfield, Illinois
Date and Location

Jeanne Scott
Name of Judicial Officer

---

### RETURN

This warrant was received and executed with the arrest of the above named defendant at _Beardstown_

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 04/06/07 | Bill Hutton | *L. Hollis* |
| Date of Arrest 04/09/07 | Title of Arresting Officer  ICE | |