E-FILED
Tuesday, 17 April, 2007  02:50:48 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.:  3:07-mj-03019 BGC ) |
| JOSE ISRAEL ORONA de ANDA, | ) ) |
| Defendant. | ) |

**ENTRY OF APPEARANCE**

COMES NOW, Joel J Schwartz and enters his appearance on behalf of the Defendant in the above-styled cause.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:     /S/ Joel J Schwartz
        JOEL J SCHWARTZ
        Attorney for Defendant
        120 S. Central Avenue, Suite 130
        Clayton, Missouri 63105
        (314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:07-mj-03019 BGC |
| | ) |
| JOSE ISRAEL ORONA de ANDA, | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2007, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Gregory Gilmore, Assistant United States Attorney.

**Entry of Appearance**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:   /S/ Joel J Schwartz
JOEL J SCHWARTZ
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050