UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 07-M-3019 |
| JOSE ISRAEL ORONA DE ANDA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore file the attached proposed Detention Order on April 19, 2007.

        Respectfully submitted,

        RODGER A. HEATON
        UNITED STATES ATTORNEY


         s/ Gregory M. Gilmore
        Gregory M. Gilmore, Reg. No. 06217499
        U.S. Attorney's Office
        318 South 6th Street
        Springfield, IL   62701
        Telephone: 217/492-4450
        greg.gilmore@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joel Schwartz.

 s/ Gregory M. Gilmore

E-FILED
Thursday, 19 April, 2007  02:00:28 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. 07-M-3019 |
| ) | |
| JOSE ISRAEL ORONA DE ANDA, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DETENTION

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held in this case on April 18, 2007. The Court has determined that the defendant must be held without bond pending further proceedings.

The Court has considered all of the factors listed in 18 U.S.C. § 3142(g) and all of the evidence and information presented by the parties and in the Pretrial Services Report relating to those factors. After weighing those factors and the available evidence, the Court concludes the United States' motion for detention should be allowed.

The Court finds the following information has been established by clear and convincing evidence; further, a preponderance of the evidence establishes that the defendant poses a serious risk of flight if released on bond.

### Findings of Fact and Reasons Detention Required

Based upon the credible evidence and information received during the defendant's detention hearing, the Court finds:

1. The evidence in this case is very strong.

2. Pretrial Services recommends that the defendant be detained and the Court agrees.

3. The defendant is a citizen of Mexico and present in the United States in violation of the Immigration laws. If the defendant were released on bond the defendant could return home to Mexico and it would be nearly impossible for this Court to gain the defendant's return.

IT IS THEREFORE ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

ENTER: April _____, 2007.

FOR THE COURT:

_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE