UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 07-300 37 |
| | ) VIO:  18 U.S.C. § 1546 |
| JOSE ISRAEL ORONA de ANDA, | ) |
| Defendant. | ) |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

In or about May of 2003, in Beardstown, in the Central District of Illinois,

**JOSE ISRAEL ORONA de ANDA,**

the defendant herein, used a false attestation, to wit: attesting that he was a citizen or national of the United States, when in fact he was not, for the purpose of satisfying a requirement of section 274(b) of the Immigration and Nationality Act that is on a Form I-9 to gain employment at Quality Service Integrity, Inc.

In violation of Title 18, United States Code, Section 1546(b)(3).


s/ Gregory M. Gilmore        for
_____
RODGER A. HEATON
UNITED STATES ATTORNEY
GMG