UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:07-cr-30037 |
| | ) |
| JOSE ISRAEL ORONA de ANDA, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO ENTER A PLEA OF GUILTY

COMES NOW, Defendant, by and through counsel, Joel J Schwartz, and hereby gives notice to this Court of his intention to enter a plea of guilty to charge in the above-styled cause. Defendant requests that he be placed on the Court's docket of May 10, 2007, at 2:00 p.m. for plea.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:    /S/ Joel J Schwartz
       JOEL J SCHWARTZ
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:07-mj-03019 BGC |
| | ) |
| JOSE ISRAEL ORONA de ANDA, | ) |
| | ) |
|    Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Gregory Gilmore, Assistant United States Attorney.

**Notice of Intent to Enter a Plea of Guilty**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC


By:    /S/ Joel J Schwartz
       JOEL J SCHWARTZ
       Attorney for Defendant
       120 S. Central Avenue, Suite 130
       Clayton, Missouri 63105
       (314) 862-4332/Facsimile 862-8050