AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
V.
JOSE ISRAEL ORONA DE ANDA

**WAIVER OF INDICTMENT**

CASE   07-30037

I, _____Jose Israel Orona De Anda_____, the above named defendant, who is accused of

False Personation of Use of False Documents for Employment

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____5/10/2007_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

X _____
*Defendant*

s/ Joel Schwartz
_____
*Counsel for Defendant*

s/ Byron G. Cudmore
Before _____
*Judicial Officer*