UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.:   3:07-mj-03019 BGC |
| JOSE ISRAEL ORONA de ANDA, | ) |
| Defendant. | ) |

## STATEMENT OF THE DEFENDANT REGARDING THE PRESENTENCE REPORT

COMES NOW the Defendant, by and through his attorney, Joel J Schwartz, and for the Defendant's response to the Presentence Report, states as follows:

The Defendant has no objections to the Presentence Report as submitted to the parties.

By:   /S/ Joel J Schwartz
JOEL J SCHWARTZ
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 3:07-mj-03019 BGC |
| | ) |
| JOSE ISRAEL ORONA de ANDA, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2007, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Gregory Gilmore, Assistant United States Attorney.

**Statement of the Defendant Regarding the Presentence Report**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Joel J Schwartz
JOEL J SCHWARTZ
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050