UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.:  3:07-cr-30037-JES-BGC |
| | ) |
| JOSE ISRAEL ORONA de ANDA, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR APPEARANCE VIA PRO HAC VICE

COMES NOW, Joel J Schwartz and requests that his associate, Brittney R. Stockton, of the firm of ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C., be allowed to appear before this Court Pro Hac Vice for the Sentencing Hearing on the above-styled cause, set for July 6, 2007, at 9:00 a.m.. Attorney Stockton is licensed to practice in the United States District Court for the Eastern District of Missouri, Bar Number 518168.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /S/ Joel J Schwartz
JOEL J SCHWARTZ
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 3:07-cr-30037-JES-BGC |
| JOSE ISRAEL ORONA de ANDA, | ) ) ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 5, 2007, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Mr. Gregory Gilmore, Assistant United States Attorney.

**Motion for Appearance Via Pro Hac Vice**

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By:  /S/ Joel J Schwartz
JOEL J SCHWARTZ
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050